**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:24-CV-00151-KDB-DCK**

| | |
|---|---|
| **JOE IMPERIAL,** | |
| **Plaintiff,** | |
| **v.** | **ORDER** |
| **MAPLE SPRINGS LAUNDRY, LLC,** | |
| **Defendant.** | |

**THIS MATTER** is before the Court on the Parties' Consent Motion to Remand (Doc. No. 13). The Court has carefully considered this motion, and for good cause shown, the Court will **GRANT** the motion and remand this case to Catawba County Superior Court. The Court, however, lacks the authority to order the remand court to transfer the case to the Burke County Superior Court. The Parties must file the appropriate motion in state court upon remand.

**SO ORDERED.**

Signed: July 22, 2024

Kenneth D. Bell
United States District Judge

1